UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20473-CR-UNGARO(s)

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MICHAEL RUNYAN,

 Defendant.
_____/

## NOTICE OF FULL SATISFACTION OF FORFEITURE MONEY JUDGMENT

Pursuant to the Preliminary Order of Forfeiture entered on September 17, 2015 [DE 95], and the Final Order of Forfeiture entered on December 29, 2015 [DE 163] against Michael Runyan ("the defendant"), notice is hereby given that the forfeiture money judgment in the amount of $1,147,408.00 in United States currency imposed against the defendant has been fully satisfied.

 Respectfully submitted,

 WIFREDO A. FERRER
 UNITED STATES ATTORNEY

 /s/ *Eloisa D. Fernandez*
 Eloisa Delgado Fernandez
 Assistant United States Attorney
 Florida Bar No. 0999768
 U. S. Attorney's Office
 99 N.E. 4th Street, 7th Floor
 Miami, Florida 33132
 Telephone: (305) 961-9025
 Facsimile: (305) 536-4089
 eloisa.d.fernandez@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that, on November 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                /s/ *Eloisa D. Fernandez*
                Eloisa Delgado Fernandez
                Assistant United States Attorney